In the Matter of JAQWAN H. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHAHIDA H., Appellant. (And Another Proceeding.)

Submitted December 16, 2013; decided February 13, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.